# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> Cesar Moises Hernandez <br> *Defendant(s)* | Case No. 1:25-mj-00040-EPG |

**FILED**
Apr 15, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 2, 2024  in the county of  Kern  in the  Eastern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

See Affidavit, attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

*Sean Hallenbeck*
*Complainant's signature*

Sean Hallenbeck,  Deputy U.S. Marshal, USMS
*Printed name and title*

Sworn to before me over the phone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: **Apr 15, 2025**

*Erica P. Grosjean*
*Judge's signature*

City and state:  Fresno, California    Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

**Affidavit in Support of**
**Criminal Complaint and Arrest Warrant**

I, Sean Hallenbeck, being duly sworn state the following:

1.     I am a Deputy United States Marshal for the United States Marshal Service (USMS) and have been since June 10, 2010.  I have a total of fourteen years of experience as a federal law enforcement officer and I have received hundreds of hours of criminal investigation training. I hold a certificate of completion from the Criminal Investigator Training Program, which I completed at the Federal Law Enforcement Training Program in Glynco, Georgia. I am currently assigned to the US Marshals Service Pacific Southwest Regional Fugitive Task Force – Bakersfield Division.  As part of my regular assigned duties, I conduct investigations regarding the whereabouts of Federal and State Fugitives, most of which are violent offenders with extensive criminal histories. I am a duly commissioned law enforcement officer of the United States Marshals Service and U.S. Marshals Service-deputized personnel are empowered under Title 28, United States Code, Sections 564 and 566, and pursuant to special apprehension authority delegated by the Attorney General of the United States, to carry firearms, execute state and federal warrants, make arrests for offenses against the United States of America and to perform other law enforcement duties as authorized by law.  I have also drawn on the knowledge and experience of other Deputy U.S. Marshals and other state and federal law enforcement officers who have conducted complex international fugitive investigations regarding fugitives wanted for a myriad of violent crimes.  In the course of my training and experience, I have become familiar in conducting these complex fugitive investigations and the manner in which fugitives attempt to avoid detection and apprehension.

2.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge

about this matter.

## Scope of Requested Criminal Complaint and Summary of the Investigation

3. This Affidavit is submitted in support of a criminal complaint and arrest warrant charging **CESAR MOISES HERNANDEZ** with traveling in interstate commerce with the intent to avoid prosecution, custody, or confinement for a crime which is a felony in California, in violation of Title 18, United States Code, Section 1073. The underlying facts of this investigation are set forth below.

4. On December 2, 2024, at 10:30 a.m.,[1] **HERNANDEZ,** who was serving a life sentence at Kern Valley State Prison for murder, was transported to state court in Delano, California, where he faced charges in Kern County Superior Court under case number DF018414A for violations of California Penal Code 4502(B) – Prisoner Manufacturing a Weapon, and California Penal Code 4573.6 – Possession of a Controlled Substance in a Jail or Prison. During his transportation to court, HERNANDEZ removed his restraints. When California Department of Corrections and Rehabilitation (CDCR) personnel opened the doors to the prisoner van, **HERNANDEZ** rushed the CDCR personnel and was able to get by them. A foot chase ensued and **HERNANDEZ** was able to avoid capture by getting into a white van that was parked close by which drove him away from the area. On this same day, the CDCR issued an escape warrant for **HERNANDEZ** under warrant number BJ6861. There has been significant national media attention which has covered this escape.

5. On January 14, 2025, an arrest warrant was issued for **HERNANDEZ** regarding the criminal case in Kern County Superior Court under warrant number DF018414A.

5. The USMS has been assisting in attempting to apprehend **HERNANDEZ** with the CDCR since December 2, 2024. The fugitive investigation has revealed that after **HERNANDEZ** successfully eluded CDCR personnel in Delano, California, he was transported to Bakersfield, California by an

---

[1] Any and all references herein to dates and times are to approximate dates and times.

AFFIDAVIT 2

Case 1:25-mj-00040-EPG   Document 1   Filed 04/15/25   Page 4 of 5

associate who drove the white van. From Bakersfield, he eventually obtained transportation to the Los Angeles area on this same day. On December 4, 2024, **HERNANDEZ** was able to obtain transportation to the Tijuana, Baja California, Mexico area.

6. On April 9, 2025, law enforcement authorities located **HERNANDEZ** at an apartment where he was residing in Tijuana, Baja California, Mexico. Mexican authorities attempted to apprehend **HERNANDEZ** at this location. However, he eluded apprehension after he shot and killed a Mexican law enforcement officer. **HERNANDEZ** has not been able to be located by law enforcement after this incident and his whereabouts are currently unknown. The shooting incident resulting in the killing of the Mexican officer has received significant media attention in the United Sates and Mexico.

## **CONCLUSION**

28. Based on the foregoing, I submit that there is probable cause to believe that **CESAR MOISES HERNANDEZ** fled the United States to avoid prosecution for escape, in violation of Title 18, United States Code, Section 1073, as well prosecution for violations of California Penal Code 4502(B) – Prisoner Manufacturing a Weapon, and California Penal Code 4573.6 – Possession of a Controlled Substance in a Jail or Prison . It is respectfully requested that an arrest warrant issue in connection with this complaint.

*Sean Hallenbeck*
SEAN HALLENBECK
Deputy U.S. Marshal
United States Marshals Service

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d).

*Erica P. Grosjean*
ERICA P. GROSJEAN
United States Magistrate Judge

AFFIDAVIT   3

1  Approved this 11th day of April 2025.

2  _/s/ *Karen A. Escobar*___
3  KAREN A. ESCOBAR
   Assistant United States Attorney

AFFIDAVIT                                    4